IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

DRO 15R, LLC and RAZIEL OFFER,

    Plaintiffs,                                      CASE NO.: 1:21-cv-24125-DPG

vs.

MIAMI DADE PROPERTY APPRAISER'S OFFICE, PROPERTY APPRAISER PEDRO J. GARCIA, DEPUTY PROPERTY APPRAISER LAZARO SOLIS, STAFF ATTORNEY MATTHEW ALBRECHT, ESQ., RONIEL RODRIGUEZ, ESQ., and STUART KALB,

    Defendants.

_____/

### DEFENDANT'S, RONIRL RODRIGUEZ ESQ., ANSWER TO COMPLAINT

    Comes now, Roniel Rodriguez Esq. (the "Defendant"), by and through his undersigned counsel, and files this answer to Plaintiff's complaint, and states the following:

1. The Defendant denies the allegations contained in paragraph 1.

2. The Defendant generally admits the allegations contained in paragraph 2.

3. The Defendant is without knowledge as to the allegations contained in paragraph 3.

4. The Defendant denies the allegations contained in paragraph 4.

### PARTIES

5. The Defendant is without knowledge as to Plaintiff, Mr. Ofer, mental status, but otherwise admits that he resides in Miami-Dade County and conducts business therein, as alleged in paragraph 5.

1

6. The Defendant admits the allegations contained in paragraph 6.

7. The Defendant is without knowledge as to the allegations contained in paragraph 7.

8. The Defendant admits the allegations contained in paragraph 8.

9. The Defendant admits the allegations contained in paragraph 9.

10. The Defendant is without knowledge as to the allegations contained in paragraph 10.

11. The Defendant admits the allegations contained in paragraph 11.

12. The Defendant admits the allegations contained in paragraph 12.

## JURISDICTION AND VENUE

13. The Defendant denies the allegation contained in paragraph 13, and maintains that jurisdiction lies within the Federal, District, Southern District of Florida, based on Federal Question Jurisdiction.

## ALLEGATIONS OF MATERIAL FACT

14. The Defendant denies the allegations contained in paragraph 14.

15. The Defendant denies the allegations contained in paragraph 15, and further provides that the Property is under the control of a Court Appointed Conservator, appointed in *DRO 15R LLC v. AJAR Holdings LLC, et al.*, Miami-Dade Circuit Court Case No.:2021-014716-CA-01.

16. The Defendant denies the allegations contained in paragraph 16.

17. The Defendant is without knowledge as to the allegations contained in paragraph 17.

18. The Defendant is without knowledge as to the allegations contained in paragraph

18.

    19.    The Defendant is without knowledge as to the allegations contained in paragraph

19.

    20.    The Defendant is without knowledge as to the allegations contained in paragraph

20.

    21.    The Defendant is without knowledge as to the allegations contained in paragraph

21.

    22.    The Defendant is without knowledge as to the allegations contained in paragraph

22.

    23.    The Defendant is without knowledge as to the allegations contained in paragraph

23.

    24.    The Defendant is without knowledge as to the allegations contained in paragraph

24.

    25.    The Defendant denies the allegations contained in paragraph 25.

    26.    The Defendant is without knowledge as to the allegations contained in paragraph

26.

    27. The Defendant denies the allegations contained in paragraph 27.

    28.    The Defendant is without knowledge as to the allegations contained in paragraph

28.

    29.    The Defendant is without knowledge as to the allegations contained in paragraph

29.

    30.    The Defendant is without knowledge as to the allegations contained in paragraph

30.

31. The Defendant denies the allegations contained in paragraph 31.

32. The Defendant is without knowledge as to the allegations contained in paragraph 32.

33. The Defendant is without knowledge as to the allegations contained in paragraph 33.

34. The Defendant is without knowledge as to the allegations contained in paragraph 34.

35. The Defendant is without knowledge as to the allegations contained in paragraph 35.

36. The Defendant is without knowledge as to the allegations contained in paragraph 36.

37. The Defendant is without knowledge as to the allegations contained in paragraph 37.

38. The Defendant is without knowledge as to the allegations contained in paragraph 38, but otherwise denies that there is a relations back.

39. The Defendant is without knowledge as to the allegations contained in paragraph 39.

40. The Defendant is without knowledge as to the allegations contained in paragraph 40.

41. The Defendant is without knowledge as to the allegations contained in paragraph 41.

42. The Defendant is without knowledge as to the allegations contained in paragraph 42.

43. The Defendant denies the allegations contained in paragraph 43.

44. The Defendant is without knowledge as to the allegations and legal conclusions contained in paragraph 44

45. The Defendant is without knowledge as to the allegations contained in paragraph 45.

## DAMAGES

46. The Defendant denies the allegations contained in paragraph 46.

## COUNT I- NEGLIGENCE

47. The Defendant restates his answers to those allegations contained in paragraphs 1 through 46 as if set forth fully herein.

48. The Defendant admits the allegations contained in paragraph 48, that they purport to assert a cause of action for negligence.

49. The Defendant admits the allegations contained in paragraph 49.

50. The Defendant is without knowledge as to the allegations contained in paragraph 50.

51. The Defendant is without knowledge as to the allegations contained in paragraph 51.

52. The Defendant is without knowledge as to the allegations contained in paragraph 52.

53. The Defendant is without knowledge as to the allegations contained in paragraph 53 as to the level of Mr. Albrecht, but admits that he is an attorney in good standing in Florida.

54. The Defendant is without knowledge as to the allegations contained in paragraph 54.

55. The Defendant is without knowledge as to the allegations contained in paragraph 55.

56. The Defendant is without knowledge as to the allegations contained in paragraph 56.

57. The Defendant is without knowledge as to the allegations contained in paragraph 57.

58. The Defendant denies the allegations contained in paragraph 58.

59. The Defendant denies the allegations contained in paragraph 59.

## COUNT II – PROCEDURAL DUE PROCESS – 42 U.S.C. § 1983

60. The Defendant incorporates each of the above factual allegations as if fully restated herein.

61. The Defendant is without knowledge as to the allegations contained in paragraph 61, as to the Plaintiffs legal conclusions.

62. The Defendant is without knowledge as to the allegations contained in paragraph 62.

63. The Defendant denies the allegations contained in paragraph 63.

64. The Defendant is without knowledge as to the allegations contained in paragraph 64.

65. The Defendant is without knowledge as to the allegations contained in paragraph 65.

66. The Defendant is without knowledge as to the allegations contained in paragraph 66.

67. The Defendant denies the allegations contained in paragraph 67.

68. The Defendant denies the allegations contained in paragraph 68.

69. The Defendant is without knowledge as to the allegations contained in paragraph 69.

## COUNT III – EQUAL PROTECTION – CLASS ONE - 42 U.S.C. § 1983

70. The Defendant incorporates each of the above factual allegations as if estated herein.

71. The Defendant is without knowledge as to the allegations contained in paragraph 71.

72. The Defendant is without knowledge as to the allegations contained in paragraph 72.

73. The Defendant is without knowledge as to the allegations contained in paragraph 73.

74. The Defendant is without knowledge as to the allegations contained in paragraph 74.

75. The Defendant is without knowledge as to the allegations contained in paragraph 75.

76. The Defendant is without knowledge as to the allegations contained in paragraph 76.

## PRAYER FOR RELIEF

77. The Defendant hereby requests this Court enter judgment in favor of the Defendant and against the Plaintiffs, and award Defendants all costs, attorneys fees, and such other relief as may be appropriate.

## PRAYER FOR RELIEF

The Defendant hereby asserts and alleges the following affirmative defenses to the claims set forth in Plaintiffs' complaint:

**First Affirmative Defense**

Plaintiff has failed to state a claim upon which relief may be granted (i.e. failed to state a cause of action) with respect to the above claims, causes of action and allegations against the Defendant.

**Second Affirmative Defense**

Plaintiff purported claims are barred in whole or in part by litigation privilege, as being performed in the furtherance of judicial proceedings.

**Third Affirmative Defense**

Plaintiff purported claims are barred in whole or in part by the doctrine of judicial estoppel and/or res judicata.

**RESERVATION OF RIGHTS TO SUPPLEMENT DEFENSES**

The facts having not been fully developed, defendant reserves the right to supplement his answer with any additional affirmative defenses that might later become known.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands that any and all issues raised in this cause shall be resolved by a trial by jury.

Respectfully submitted,

**RONIEL RODRIGUEZ IV, P.A.**
*Counsel for Roniel Rodriguez*
Keystone Executive Plaza
12555 Biscayne Blvd., 915
N. Miami, Florida 33181
305-773-4875 Dade/Direct
954-769-0919 Broward
305-600-1254 Monroe

By: /s/Roniel Rodriguez IV
Roniel Rodriguez IV
Florida Bar No.: 544787
E-mail: Ron@RJRfirm.com
Primary: Service@RJRfirm.com
Secondary: Pleadings@RJRfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 13, 021, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF. I Also certify that the foregoing documents I being serve this day on all counsel of record.

By: /s/Roniel Rodriguez IV
Roniel Rodriguez IV